UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WOODY H. STENNETT, JR.,

      Plaintiff,

v.                              CASE NO.:   8:08-mc-56-T-23TGW

LAND O'LAKES JAIL,

      Defendant.

_____/

## **ORDER**

Seeking court intervention with the Land O'Lakes Jail in Pasco County, Florida, Woody Stennett, Jr., submits a letter-motion (Doc. 1) alleging that (1) prison officials are denying him medical treatment and medication, (2) his grievances are unanswered, and (3) prison officials are reading his outgoing legal mail.  Stennett fails to file a pleading.

On June 9, 2008, United States District Judge James D. Whittemore dismissed an almost identical filing in Stennett v. Land O'Lakes Jail, 8:08-mc-71-T-27TBM, explaining that:

> Rule 3, Fed. R. Civ. P., provides that, "[a] civil action is commenced by filing a complaint with the court."

> Pleadings drafted by laymen are to be interpreted by application of less rigid standards than those applied to formal documents prepared by lawyers.  See Tannenbaum v. United States, 148 F.3d 1262, 1263 (11th Cir. 1998).  However, "even in the case of pro se litigants . . . leniency does not give a court license to serve as de facto counsel for a party . . . or to rewrite an otherwise deficient pleading in order to sustain an action.  GJR Investments, Inc. v. County of Escambia, 132 F.3d 1359, 1369 (11th Cir. 1998).

As in the case dismissed by Judge Whittemore, Stennett shows no immediate risk of substantial or irreparable harm.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk shall ENTER JUDGMENT against Stennett and CLOSE this action.

ORDERED in Tampa, Florida, on June 23, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE